AO 93 (Rev. FILED) Search and Seizure Warrant
~~LODGED~~   ~~RECEIVED~~   ENTERED

FEB 28 2018
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. **MJ18-061-2**
20225 Bothell Everett Highway Apartment #1133, Bothell )
Washington )
)

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Washington
*(identify the person or describe the property to be searched and give its location)*:

20225 Bothell Everett Highway Apartment #1133, Bothell, Washington, as further described in Attachment A-2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2 for List of Items to be Seized

**YOU ARE COMMANDED** to execute this warrant on or before    February 27, 2018    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any U.S. Magistrate Judge in this district    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    02/13/2018
10:37 a.m.                                    _____
                                              *Judge's signature*

City and state:    Seattle, Washington            James P. Donohue, U.S. Magistrate Judge
                                              *Printed name and title*

# Return

| Case No.: MJ18-061-2 | Date and time warrant executed: 2/14/2018 0605am | Copy of warrant and inventory left with: in residence |
|---|---|---|

Inventory made in the presence of: A Lassiter

Inventory of the property taken and name of any person(s) seized:

SIM card
miscellaneous documents
US currency
Packaging materials w/ white substance (pills)
Packaging materials w/ brown/black substances
Plastic container with blue pills
3 scales
11 phones
2 thumb drives

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/14/2018
2/28/2018

Executing officer's signature

Special Agent Andrea Lassiter
Printed name and title

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

20225 Bothell Everett Hwy
#1133
Bothell, WA

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE:** 14 Feb 2018

**DIVISION/DISTRICT OFFICE:** HSI Seattle

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Sim card | |
| | Misc documents | |
| | U.S. currency | |
| | White powder substance in envelope | |
| | Blue pills in plastic container | |
| 3 | Scales | |
| | White soft substance | |
| | Plastic bag w/ black/brown residue | |
| 11 | Phones | |

**RECEIVED BY (Signature):** [signature]

**WITNESSED BY (Signature):** Dan R. Empl[ ]

**NAME AND TITLE (Print or Type):** Lassiter, SA

**NAME AND TITLE (Print or Type):** Dan Emplit, HSI Task Force Officer

FORM DEA-12 (9-00) Previous editions obsolete            Electronic Form Version Designed in JetForm 5.2 Version

Attachment A-2

Property To Be Searched

**Residences**

**17606 158th Place SE, Monroe, Washington**

This residence is a one story single family home that is brown in color with white trim. The house has a white front door and the numbers "17606" are posted to the left of the door.

**20225 Bothell Everett Hwy, Apartment 1133, Bothell, Washington**

This residence is an apartment located within the Griffis North Creek Bothell apartment complex. The "11" building is three-story apartment building that is multicolored (brown, tan and grey). Unit #1133 is a third floor apartment with an orange colored front door. The numbers "1133" are posted on a white colored placard that is affixed to this door.

**2510 164th Street SW, Apartment A-234, Lynnwood, Washington**

The residence is an apartment located within the Avalon Alderwood Apartment Complex. The "A" building is a multistory building located in the northwest corner of the apartment complex that is multicolored (red, grey and white). Unit #234 is a second floor apartment that has a blue front door which is accessed from an interior hallway. The numbers "234" displayed posted on a placard that is affixed to the wall on the left-side of the door.

*Note: Authority to search apartments extends to any storage areas specifically associated with the target apartments located on the same premises.*

Attachment A-2
Page 1

**Vehicles**

**White 2002 Honda Accord Coupe with Washington License plate BGZ5837**

**Black 2007 Cadillac Escalade with Washington License plate BDE6399**

**Silver 2005 Jeep Grand Cherokee with Washington License plate BHC6160**

**Blue 2006 Honda Civic with Washington License Plate BGS5754**

Attachment A-2
Page 2

Attachment B-2

List of Items to be Searched for and Seized

This warrant authorizes the government to search for the following items:

Evidence and/or fruits of the commission of the following crimes: *distribution and possession with intent to distribute controlled substances*, including oxycodone, in violation of 21 U.S.C. § 841(a)(1); *conspiracy to distribute controlled substances*, including oxycodone, in violation of 21 U.S.C. § 846; *use of a communications facility in furtherance of a felony drug offense* in violation of 21 U.S.C. § 843(b), *conspiracy to launder monetary instruments* in violation of 18 U.S.C. § 1956; *possession of a firearm in furtherance of a drug crime*, in violation of 18 U.S.C. § 924(c); and *prohibited person in possession of a firearm*, in violation of 18 U.S.C. § 922(g), including the following:

1. Controlled Substances:  Including but not limited to heroin, methamphetamine and cocaine.

2. Drug Paraphernalia:  Items used, or to be used, to store, process, package, use, and/or distribute controlled substances, such as plastic bags, cutting agents, scales, measuring equipment, tape, hockey or duffel bags, baggies or other packaging materials, chemicals or items used to test the purity and/or quality of controlled substances, and similar items.

3. Drug Transaction Records:  Documents such as ledgers, receipts, notes, and similar items relating to the acquisition, transportation, and distribution of controlled substances, however stored.

4. Customer and Supplier Information:  Items identifying drug customers and drug suppliers, such as telephone records, personal address books, correspondence, diaries, calendars, notes with phone numbers and names, "pay/owe sheets" with drug amounts and prices, maps or directions, and similar items.

5. Cash and Financial Records:  Currency and financial records, including bank records, wire transfer receipts, safe deposit box records and keys, credit card records, bills, receipts, tax returns, state Department of Revenue records, Labor & Industry records, Secretary of State records, vehicle documents, and similar items; and other records that show income and expenditures, net worth, money transfers, wire transmittals, negotiable instruments, bank drafts, cashiers' checks, and similar items, and money counters.

6. Photographs/Surveillance:  Photographs, video tapes, digital cameras, surveillance cameras and associated hardware/storage devices, and similar items, depicting

property occupants, friends and relatives of the property occupants, or suspected buyers or sellers of controlled substances, controlled substances or other contraband, weapons, and assets derived from the distribution of controlled substances.

7. Personal Identification Records: Government and other identification documents, including drivers' licenses, student identification documents, passports, and voter identification cards.

8. Weapons: Including but not limited to firearms, magazines, ammunition, holsters and body armor.

9. Codes: Evidence of codes used in the distribution of controlled substances, including but not limited to passwords, code books, cypher or decryption keys, and similar information.

10. Property Records: Papers, documents, information, or other records, such as real estate purchase and sale agreements, HUD-1 statements, loan applications (form 1003) and supporting documents, financial statements, security agreements, loan commitments sheets, earnest money agreements, credit reports, loan payment ledgers, quit claim deeds, excise tax affidavits, warranty deeds and deeds of trust, internal application forms or other notes relating to information necessary to fill out these documents, and similar records of other property owned or rented.

11. Indicia of occupancy, residency, and/or ownership of assets including, but not limited to, utility and telephone bills, canceled envelopes, rental records or payment receipts, leases, mortgage statements, and other documents.

12. Evidence of Storage Unit Rental or Access: rental and payment records, keys and codes, pamphlets, contracts, contact information, directions, passwords or other documents relating to storage units.

13. Evidence of Personal Property Ownership: Registration information, ownership documents, purchase documents, or other evidence of ownership of property including, but not limited to vehicles, vessels, boats, airplanes, jet skis, all-terrain vehicles, RVs, personal property, and timeshare ownership; evidence of international or domestic travel, hotel/motel stays, and any other evidence of unexplained wealth.

14. Individual and business financial books, records, receipts, notes, ledgers, diaries, journals, and all records relating to income, profit, expenditures, or losses, such as:
    a. Employment records: paychecks or stubs, lists and accounts of employee payrolls, consulting, contractor, or sub-contractor agreements, compensation records, personnel files, records of employment tax withholdings and contributions, dividends, stock certificates, and compensation to officers.

    b. Savings accounts: statements, ledger cards, deposit tickets, register records, wire transfer records, correspondence, and withdrawal slips.

    c. Checking accounts: statements, canceled checks, deposit tickets, credit/debit documents, wire transfer documents, correspondence, and register records.

    d. Loan Accounts: financial statements and loan applications for all loans applied for, notes, loan repayment records, and mortgage loan records.

    e. Collection accounts: statements and other records.

    f. Certificates of deposit: applications, purchase documents, and statements of accounts.

    g. Credit card accounts: credit cards, monthly statements, and receipts of use.

    h. Receipts and records related to gambling wins and losses, or any other contest winnings.

    i. Insurance: policies, statements, bills, and claim-related documents.

    j. Financial records: profit and loss statements, financial statements, receipts, balance sheets, accounting work papers, any receipts showing purchases made, both business and personal, receipts showing charitable contributions, and income and expense ledgers.

  15. All bearer bonds, letters of credit, money drafts, money orders, cashier's checks, travelers checks, Treasury checks, bank checks, passbooks, bank drafts, money wrappers, stored value cards, and other forms of financial remuneration evidencing the obtaining, secreting, transfer, and/or concealment of assets and/or expenditures of money.

  16. All Western Union and/or Money Gram documents and other documents evidencing domestic or international wire transfers, money orders, official checks, cashier's checks, or other negotiable interests that can be purchased with cash, These documents are to include applications, payment records, training materials, money transfer registration materials, correspondence with money transfer businesses, money orders, frequent customer cards, etc.

  17. Negotiable instruments, jewelry, precious metals, financial instruments, stored value/prepaid cards, receipts for the purchases and expenditures made on stored value/prepaid cards and other negotiable instruments.

  18. Documents reflecting the source, receipt, transfer, control, ownership, and disposition of United States and/or foreign currency.

  19. Correspondence, papers, records, and any other items showing employment or lack of employment.

  20. Travel documents: airline tickets, frequent flyer statements, boarding passes, travel itineraries, passports, and other documents related to travel.

21.     Telephone books, and/or address books, facsimile machines to include the memory system, any papers reflecting names, addresses, telephone numbers, pager numbers, cellular telephone numbers, facsimile, and/or telex numbers, telephone records and bills relating to co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists. Also, telephone answering devices that record telephone conversations and the tapes therein for messages left for or by co-conspirators for the delivery or purchase of controlled substances or laundering of drug proceeds.

22.     Safes and locked storage containers, and the contents thereof which are otherwise described in this document.

23.     Tools: Tools that may be used to open hidden compartments in vehicles, paint, bonding agents, magnets, or other items that may be used to open/close said compartments.

24.     Cell Phones: Cellular telephones and other communications devices including smartphones (i.e., iPhones, Android phones, and the like) may be seized, and searched for the following items:
    a.     Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);
    b.     Stored list of recent received, sent, and missed calls;
    c.     Stored contact information;
    d.     Stored photographs of narcotics, currency, firearms or other weapons, evidence of suspected criminal activity, and/or the user of the phone or suspected co-conspirators, including any embedded GPS data associated with those photographs;
    e.     Stored photographs of real estate, or other records pertaining to the purchase, sale, lease, or renovation of real property;
    f.     Stored text messages.